C. BENJAMIN SCROGGINS, ESQ.
Nevada Bar No. 7902
**THE LAW FIRM OF**
**C. BENJAMIN SCROGGINS, CHTD.**
629 South Casino Center Boulevard
Las Vegas, Nevada  89101
Tel.:  (702) 328-5550
Fax:  (702) 442-8660
info@cbscrogginslaw.com

*Attorney for Defendant*,
*ASIA ELOISE MIGUEL*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>ERIC FRANKLIN TULLIS; ET AL.,<br><br>   Defendant. | CASE NO.:   2:22-cr-00140-GMN-VCF<br><br>**STIPULATION TO CONTINUE**<br>**MOTION DEADLINES**<br>**AND TRIAL DATES**<br>**(Fourth Request)** |

IT IS HEREBY STIPULATED AND AGREED, by Defendant, ASIA ELOISE MIGUEL (hereinafter "Ms. Miguel"), by and through her attorney, C. BENJAMIN SCROGGINS, ESQ. of the LAW FIRM OF C. BENJAMIN SCROGGINS, CHTD., JOSHUA BRISTER, ESQ., Assistant United States Attorney, as Counsel for THE UNITED STATES OF AMERICA, and Defendant, ERIC FRANKLIN TULLIS, by and through his attorney, GARRETT T. OGATA, ESQ. of the LAW OFFICES OF GARRETT T. OGATA, for Defendant, ERIC FRANKLIN TULLIS (hereinafter "Mr. Tullis"), that the Calendar Call which is scheduled for **July 18, 2023 at 9:00 a.m.**, and the Trial, which is set for **9:00 a.m. on July 24, 2023**, be vacated and set to a date and time convenient to this Court, but no sooner than 90 (NINETY) days.

**IT IS FURTHER STIPULATED AND AGREED,** all court deadlines will be vacated

1  and re-set for composing with the new trial date.

2  The Stipulation is entered into for the following reasons:

3  1. Defendant, Mr. Tullis, has retained Aaron Grigsby, Esq. to act as co-counsel (trial counsel) with Garrett T. Ogata, Esq., and thus his counsel will need additional time for case review and trial preparation.

6  2. Counsel for Defendant, Ms. Miguel, has no objection to the subject request.

7  3. Counsel for Defendants and the United States of America are still discussing possible negotiations.

9  4. Mr. Tullis is in custody and does not object to the continuance.

10 5. Ms. Miguel is out of custody and does not object to the continuance.

11 6. The parties agree to continue this matter.

12 ///

13 ///

14 ///

7. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel the opportunity to make all proper preparations for trial.

Dated this 27th day of June, 2023.

**THE LAW FIRM OF**
**C. BENJAMIN SCROGGINS, CHTD.**

*/s/ C. Ben Scroggins*

C. BENJAMIN SCROGGINS, ESQ
Nevada Bar No. 7902
629 South Casino Center Boulevard
Las Vegas, Nevada 89101
Tel.: (702) 328-5550
info@cbscrogginslaw.com

*Attorney for Defendant,*
*ASIA ELOISE MIGUEL*

Dated this ____ day of June, 2023.

**JASON M. FRIERSON**
United States Attorney

/s/ *Joshua Brister*

JOSHUA BRISTER
Assistant United States Attorney
501 South Las Vegas Boulevard,
Suite 1100
Las Vegas, Nevada 89101
Tel.: (702) 388-6370
Joshua.Brister@usdoj.gov

*Attorney for Plaintiff,*
*UNITED STATES OF AMERICA*

Dated this ____ day of June, 2023.

**LAW OFFICES OF**
**GARRETT T. OGATA**

[signature]

GARRETT T. OGATA, ESQ.
Nevada Bar No.: 7469
2880 W. Sahara Avenue
Las Vegas, NV 89102
Tel.: (702) 366-0891
reception@gtogata.com

*Attorney for Defendant,*
*ERIC FRANKLIN TULLIS*

## CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence.

The continuance sought herein is excludable under the Speedy Trial Act, Title 18, United States Code, Section § 3161 (h)(7)(A), when the considering the factors under Title 18, United States Code, § 3161(h)(7)(B)(i), (iv).

## ORDER

**IT IS THEREFORE ORDERED** that the parties herein shall have to and including  July 28, 2023  to file any and all pretrial motions and notice of defense.

**IT IS FURTHER ORDERED** that the parties shall have to and including  August 11, 2023  to file any and all responses.

**IT IS FURTHER ORDERED** that the parties shall have to and including  August 18, 2023  to file any and all replies.

**IT IS FURTHER ORDERED** that trial briefs, proposed voir dire questions, proposed jury instructions, and a list of the Government's prospective witnesses must be electronically submitted to the Court by  October 19, 2023 .

/ / /

/ / /

/ / /

**IT IS FURTHER ORDERED** that the calendar call currently scheduled for July 18, 2023 at the hour of 9:00 a.m., be **vacated** and continued to  October 24, 2023  at the hour of 9:00 a.m.; and the trial currently scheduled for July 24, 2023, at the hour of 9:00 a.m., be **vacated** and continued to  October 30, 2023  at the hour of 8:30 a.m.

DATED this  27  day of June, 2023.

_____
UNITED STATES DISTRICT JUDGE

**Kelly**

| | |
|---|---|
| **From:** | Brister, Joshua (USANV) <Joshua.Brister@usdoj.gov> |
| **Sent:** | Tuesday, June 27, 2023 1:57 PM |
| **To:** | Kelly |
| **Cc:** | garretttogata@gmail.com; Reception GTOGATA; Ben Scroggins |
| **Subject:** | RE: Tullis Et. Al. |

That's fine with me to file.

Thanks,
Josh

---

**From:** Kelly <kelly@cbscrogginslaw.com>
**Sent:** Tuesday, June 27, 2023 1:40 PM
**To:** Brister, Joshua (USANV) <JBrister@usa.doj.gov>
**Cc:** garretttogata@gmail.com; Reception GTOGATA <reception@gtogata.com>; Ben Scroggins <cbs@cbscrogginslaw.com>
**Subject:** [EXTERNAL] RE: Tullis Et. Al.
**Importance:** High

Hello Counsel.

I have attached the updated Stipulation for review.

It should reflect Mr. Brister's revisions.

Should it be different, please notify me as soon as possible.

Otherwise please respond confirming we may proceed to submit this for filing.

Thank you gentleman.

*Kelly Jarvi*
Legal Assistant to,
**The Law Firm of C. Benjamin Scroggins, Chtd.**
629 S. Casino Center Blvd., Suite 5
Las Vegas, NV 89101
Tel.: 702-328-5550
Fax: 702-442-8660
Email: kelly@cbscrogginslaw.com

NOTICE:  Please be advised that this email and any files transmitted with it may be confidential attorney work product or privileged attorney—client communication, or otherwise privileged and confidential.  It is intended solely for the individual or entity to whom it is addressed.  If you are not the intended recipient, please do not read, copy or re-

1

transmit this communication, but instead contact the sender of this communication and please destroy it immediately.  Any unauthorized dissemination, distribution or copying of this communication is strictly prohibited.  No privileges as mentioned above are waived by the transmission of this message.

**From:** Brister, Joshua (USANV) <Joshua.Brister@usdoj.gov>
**Sent:** Tuesday, June 27, 2023 11:57 AM
**To:** Kelly <kelly@cbscrogginslaw.com>
**Cc:** garretttogata@gmail.com; Reception GTOGATA <reception@gtogata.com>; Ben Scroggins <cbs@cbscrogginslaw.com>
**Subject:** RE: Tullis Et. Al.

I think in the stipulation you can't leave the blank _____ for the dates for the motions/responses/voir dire, etc. In the last stipulation, that part was deleted (but you left it in the order). I would be fine with you doing that again.

Based on my prior conversation on the phone with Mr. Scroggins I am fine with stipulating to a new motions deadline even though the prior motions deadline passed.

Regards,

**Josh Brister**
**Assistant United States Attorney**
United States Attorney's Office, District of Nevada
(702) 388-6370


**From:** Kelly <kelly@cbscrogginslaw.com>
**Sent:** Tuesday, June 27, 2023 11:39 AM
**To:** Brister, Joshua (USANV) <JBrister@usa.doj.gov>
**Cc:** garretttogata@gmail.com; Reception GTOGATA <reception@gtogata.com>; Ben Scroggins <cbs@cbscrogginslaw.com>
**Subject:** [EXTERNAL] Tullis Et. Al.
**Importance:** High

Counsel,

Please find the attached proposed Stipulation to Continue for your review.

Please provide any insights, should you wish to add any.

If no objections, please be sure to respond confirming your approval to affix your electronic signature for filing.

Thank you and we will await your response.

Please keep in mind that this is due TODAY, and thus your immediate attention is greatly appreciated.

2

*Kelly Jarvi*
Legal Assistant to,
**The Law Firm of C. Benjamin Scroggins, Chtd.**
629 S. Casino Center Blvd., Suite 5
Las Vegas, NV 89101
Tel.: 702-328-5550
Fax: 702-442-8660
Email: kelly@cbscrogginslaw.com

**NOTICE:**  Please be advised that this email and any files transmitted with it may be confidential attorney work product or privileged attorney—client communication, or otherwise privileged and confidential.  It is intended solely for the individual or entity to whom it is addressed.  If you are not the intended recipient, please do not read, copy or re-transmit this communication, but instead contact the sender of this communication and please destroy it immediately.  Any unauthorized dissemination, distribution or copying of this communication is strictly prohibited.  No privileges as mentioned above are waived by the transmission of this message.